# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:13-cr-00259-GMN-PAL |
| vs. | **ORDER** |
| CARLOS ARIAS, | (Mot Quash Warrant and Set Plea - Dkt. #13) |
| Defendant. | |

Before the court is the government's Ex Parte Motion to Quash Warrant and Set Arraignment and Plea (Dkt. #13). Within the motion, the government requests that the arrest warrant be quashed as it was requested in error. The government further requests that a summons be issued for Defendant to appear for initial arraignment and plea. Upon reviewing the motion and the docket, the court finds that the Defendant is currently in custody. As such, there is no need for a summons. The court further noted that Defendant made an initial appearance on 6/20/2013, before the Honorable Robert A. McQuaid. As such, the Defendant does not need to appear for an initial appearance in this matter, but only arraignment and plea. As such,

**IT IS ORDERED** that:

1. The Warrant for Carlos Arias in this matter be **QUASHED**.
2. Defendant shall appear for Arraignment and Plea in the above-entitled matter at **3:00 p.m., Tuesday, July 30, 2013, in Courtroom 3C before the Honorable Carl W. Hoffman.**

Dated this 18th day of July, 2013.

Peggy A. Leen
United States Magistrate Judge